# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-00770-TUC-RCC (LAB) |
| Plaintiff, | **ORDER** |
| v. | |
| Stephanie Alatorre-Verdugo, | |
| Defendant. | |

The Court having made a de novo review of the Reports and Recommendation filed by Magistrate Judge Bowman (Docs. 105 and 109),

**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and **DENIES** the Motion to Suppress Evidence re: Constitutionality of Border Patrol Checkpoint (Doc. 50) and Motion to Suppress Evidence (Doc. 51).

Dated this 20th day of December, 2018.

_____
Honorable Raner C. Collins
United States District Judge